UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **EDCV 15-01895-DTB**                                                    Date: **January 26, 2016**

Title:  **Erwina A. Ong v. Cal-Western Reconveyance Corp., et al**
==================================================================

**DOCKET ENTRY**
==================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| D. Castellanos | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF(S):                ATTORNEYS PRESENT FOR DEFENDANT(S):

    None present                                                                  None present

**PROCEEDINGS:**     **ORDER TO SHOW CAUSE RE: FAILURE TO SERVE (IN CHAMBERS)**

     Plaintiff filed a Complaint herein on September 16, 2015. To date, no proof of service has been filed indicating that defendants have been served. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve summons and complaint on all named defendants within 120 days of filing.[1] Accordingly, the Court ORDERS plaintiff to show cause, in writing, no later than February 19, 2016, why the Complaint should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

---

[1] On December 1, 2015, the time limit for service was changed from 120 days to 90 days under Rule 4(m). This case was filed before the effective date of the rule change, however, and the Court therefore applies the 120 day time limit in effect on the date the action was filed.

MINUTES FORM 11                                                                                   Initials of Deputy Clerk DC
CIVIL-GEN