UNITED STATES DISTRICT COURT                                                JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **EDCV 15-1895-JFW (SPx)**                         Date: **February 24, 2016**

Title:   Erwina A. Ong -*v*- Cal-Western Reconveyance Corp., et al.

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

   **Shannon Reilly**                              **None Present**
   **Courtroom Deputy**                            **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**
             None                                        None

**PROCEEDINGS (IN CHAMBERS):**    DISMISSAL OF ACTION FOR LACK OF PROSECUTION


   Plaintiff filed a Complaint with the Court on September 16, 2015. On January 26, 2016, Magistrate Judge Bristow issued an Order to Show Cause Re: Lack of Prosecution in light of Plaintiff's apparent failure to serve Defendants. Plaintiff was to respond to the Court's Order to Show Cause no later than February 19, 2016.

   As of the date of this Order, Plaintiff has not filed a proof of service or otherwise responded to the Court's Order to Show Cause. Accordingly, this action is hereby **DISMISSED** without prejudice.


   IT IS SO ORDERED.


Initials of Deputy Clerk   sr